UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLEN MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:     07-06190** |
| **SOCIAL SECURITY ADMINISTRATION,** Joanne B. Barnhart, Commissioner, ET AL. | **SECTION: "I" (4)** |

**REPORT AND RECOMMENDATION**

This is an action for judicial review of a final decision of the Commissioner of Social Security pursuant to Title 42 U.S.C. § 405(g).  The Commissioner denied the eligibility of Plaintiff, Ellen Martin ("Martin"), for disability benefits under the Social Security Act.  (R. Doc. 1.)

The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(b) and Local Rule 73.1E(A), for the submission of Proposed Findings and Recommendations.

**I.     Background**

Martin filed a complaint on September 27, 2007.  (R. Doc. 1.)  The Defendants were not served, nor did they make an appearance on the record.  Accordingly, on March 14, 2008, the Court ordered Martin to show cause by April 2, 2008 why her case should not be dismissed for the failure to serve the Defendants within 120 days of the filing of her complaint, as required by Federal Rule of Civil Procedure ("Rule") 4(m).  (R. Doc. 6.)  The undersigned also unambiguously advised that

failure to comply with the Minute Entry could result in dismissal without further notice. Martin did not file a response.

## II.     Recommendation

Accordingly,

**IT IS RECOMMENDED** that Martin's claims against (1) the Social Security Administration, Joanne B. Barnhart, Commissioner, (2) Glynn F. Voisin, Administrative Law Judge, and (3) Aimee L. Kolze, Appeals Officer be **DISMISSED WITH PREJUDICE** for failing to comply with Rule 4(m) and the Show Cause Order (R. Doc. 6) issued by the United States Magistrate Judge on March 14, 2008.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a Magistrate Judge's Report and Recommendation within **ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court, provided that the party has been served with notice that such consequences will result from a failure to object.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 12th day of May 2008

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**