UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELLEN MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO:      07-6190** |
| **SOCIAL SECURITY ADMINISTRATION,**<br>Joanne B. Barnhart, Commissioner, ET AL. | **SECTION:  "I" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Plaintiff Ellen Martin's claims against (1) the Social Security Administration, Joanne B. Barnhart, Commissioner, (2) Glynn F. Voisin, Administrative Law Judge, and (3) Aimee L. Kolze, Appeals Officer, are **DISMISSED WITH PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this ___2nd___ day of June, 2008.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**